**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SMALL ISLANDS** | § | CIVIL ACTION NO. **4:25-cv-03963** |
| **DEVELOPING STATES,** | § | |
| **AND ALBERT BINGER** | § | |
| *Plaintiffs,* | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| **SEAONE HOLDINGS, LLC,** | § | |
| **AND FORREST HOGLUND** | § | |
| *Defendants.* | § | |

### NOTICE OF SUGGESTION OF BANKRUPTCY FOR SEAONE HOLDINGS LLC AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that on May 26, 2026, Defendant SeaOne Holdings, LLC ("Debtor") filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Texas (the "Court"). Defendant's chapter 7 case, No. 26–41801 is pending before the Honorable Chief Judge Brenda T. Rhoades the ("Chapter 7 Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the filing of the bankruptcy petition gives rise to an automatic stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 7 Case, or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 7 Case; (b) the enforcement against any of the Debtor or against any property of the Debtor's bankruptcy estate of a judgment obtained prior to the commencement of the Chapter 7 Case; and (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate. No order has been entered in the Chapter 7 Case granting relief from the automatic stay.

---

Notice of Suggestion of Bankruptcy by Defendant SeaOne Holdings LLC

Accordingly, this action is automatically stayed as to Debtor effective immediately upon the filing of the bankruptcy petition. Debtor respectfully requests that the Court take notice of the automatic stay and abate all proceedings, hearings, deadlines, discovery, and trial settings in this matter unless and until the automatic stay is lifted or otherwise modified by order of the Bankruptcy Court.

Respectfully submitted,

LOTZ LAW FIRM, PLLC

By:   */s/ Wesley G. Lotz*
        Wesley G. Lotz
        Texas State Bar No. 24046314
        S.D. Tex. ID 584646
        Gavin K. Uttecht
        Texas State Bar No. 24069111
        4900 Woodway Drive, Suite 750
        Houston, Texas 77056
        T: 713-654-5800
        F: 713-654-5801
        wlotz@lotzlawfirm.com
        guttecht@lotzlawfirm.com

*Counsel for Defendants.*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, Defendant SeaOne Holdings LLC's Notice of Suggestion of Bankruptcy by Defendant SeaOne Holdings LLC and Automatic Stay of Proceedings was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Pursuant to Federal Rule of Civil Procedure 5(b) and the Local Rules of the United States District Court for the Southern District of Texas, such electronic service is deemed sufficient service on all parties who are registered users of the Court's CM/ECF system.

BELL HAGENS PLLC
114 E. Alamo, Suite 36
Brenham, Texas 77833
Chris Bell
cbell@bellhagens.com

Attorney for Plaintiffs

/s/ *Wesley G. Lotz*